# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00481-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| EUSTATIU BRAT, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, July 14, 2026, at 4:00 p.m. be vacated and continued to _August 13, 2026_ at the hour of _4:00_ _p_.m.

DATED this _2nd_ of July 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3